

**R23 LAW APC**
Peng Shao (319624)
Peng@R23Law.com
Hoosai Kabiri (319400)
Hoosai@R23Law.com
633 West Fifth St. 26th Floor
Los Angeles, CA 90071
Tel:   888-533-2948
Fax:  415-558-0230

*Attorneys for Plaintiff Yasmin Mondragon*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YASMIN MONDRAGON**, an individual;<br><br>                    Plaintiff,<br><br>     v.<br><br>**EXPERIAN INFORMATION SOLUTIONS INC; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; and DOES 1 to 50,** inclusive;<br><br>                    Defendants. | CASE NO. 5:24-CV-02422<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |



# NOTICE OF SETTLEMENT AS TO DEFENDANT
# EXPERIAN INFORMATION SOLUTIONS, INC ONLY

    NOTICE IS HEREBY GIVEN that the dispute between Plaintiff YASMIN MONDRAGON ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC ("Experian") (collectively, the "Parties") has been resolved in its entirety. The Parties are in the process of finalizing the terms and performance attendant to that resolution and anticipate filing a Joint Stipulation to Dismiss with Prejudice within forty-five (45) days.

    In light of the foregoing, the Parties request that any and all dates, deadlines, and proceedings presently pending be vacated as to Experian only.

Respectfully submitted,

DATED: June 6, 2025

BY: _____
        Peng Shao, ESQ

**R23 LAW APC**
Peng Shao
Peng@R23Law.com

*Attorney for Plaintiff Yasmin Mondragon*