UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **EDCV 24-2422-MWF(SHKx)**                              Date: October 19, 2021

Title      *Yasmin Mondragon v. Experian Information Solutions, Inc., et al.*

Present: The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL**

In light of the Mediation Report [Docket No. 43] filed September 11, 2025, the Court sets a hearing on Order To Show Cause Re Dismissal as to remaining Defendant Equifax Information Services, LLC, for **October 20, 2025, at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearances shall be made.  **All other hearings and deadlines are hereby vacated.**

IT IS SO ORDERED.

Initials of Preparer:  SMOM