JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASMIN MONDRAGON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　　Defendants. | Case No. EDCV 24-2422-MWF(SHKx)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL AS TO DEFENDNT EQUIFAX INFORMATION SERVICES, LLC ONLY |

The Court has considered the Joint Stipulation of Dismissal as to Defendant Equifax Information Services, LLC Only (the "Stipulation"). (Docket No. 48). For good cause shown, the request is GRANTED. IT IS HEREBY ORDERED that Defendant Equifax Information Services, LLC is DISMISSED with prejudice, with each party to bear their own costs. As Equifax was the only remaining active Defendant, this action is now closed.

**IT IS SO ORDERED.**

Dated: October 8, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge